844 N. Van Ness Avenue

Fresno, California  93728

559/442-3111

Attorney for RONALD JORDAN

## IN THE UNITED STATES DISTRICT COURT IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>     vs.<br><br>RONALD JORDAN,<br><br>           Defendants. | Case No. 06-CR-00262 AWI<br><br>**STIPULATION AND ORDER**<br>**TO CONTINUE MOTIONS HEARING** |

    IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, DAWRENCE RICE, Assistant United States Attorney for plaintiff and PATIENCE MILROD attorney for defendant, that the motions hearing presently set for February 20, 2007 at 9:00 a.m. be continued to February 26, 2007 at 9:00 a.m.  The parties seek an order continuing the hearing date due to an unavoidable and irremediable scheduling conflict.

    IT IS SO STIPULATED.

Dated:  January 10, 2007            /s/ Patience Milrod
                                                    PATIENCE MILROD
                                                    Attorney for defendant
                                                    RONALD JORDAN

Dated: January 10, 2007            /s/  Dawrence Rice
                                                      DAWRENCE RICE
                                                      Assistant U.S. Attorney

## ORDER ON STIPULATION

Having received and reviewed the stipulation of the parties, and good cause appearing therefor,

IT IS HEREBY ORDERED that the hearing presently set for February 20, 2007 at 9:00 a.m., be continued to February 26, 2007 at 9:00 a.m.

IT IS SO ORDERED.

**Dated:   January 10, 2007**            /s/ **Anthony W. Ishii**
0m8i78                                             UNITED STATES DISTRICT JUDGE