Patience Milrod

844 N. Van Ness Avenue

Fresno, California  93728

559/442-3111


Attorney for RONALD JORDAN


# IN THE UNITED STATES DISTRICT COURT IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 06-CR-00262 LJO |
| | ) | |
| Plaintiff, | ) | **STIPULATION RE:  FILING OF** |
| | ) | **MOTIONS AND OPPOSITION** |
| vs. | ) | **and** |
| | ) | **ORDER** |
| RONALD JORDAN, | ) | |
| | ) | |
| Defendants. | ) | |

      Come now the plaintiff UNITED STATES OF AMERICA and defendant RONALD JORDAN, who hereby request an order resetting the motions schedule in the within matter.  The parties make this request because the government intends to produce additional material requested by defense counsel in a letter dated July 24, 2007, but has not yet received all of the materials from the investigating agencies.  In addition, the parties are discussing settlement, and need additional time to conclude those discussions before incurring the expense of researching and filing motions.  Therefore, by and through their respective counsel, KIMBERLY SANCHEZ and PATIENCE MILROD, the parties do hereby stipulate and agree to an order as follows:

Defendants shall file and serve motions no later than August 24, 2007. Plaintiff shall file and serve opposition to defense motions no later than August 31, 2007. The motions hearing in this matter presently set for September 5, 2007 at 8:30 a.m. will remain on calendar, as will the trial date of September 18, 2007.

IT IS SO STIPULATED.

Dated:   August 9, 2007

McGREGOR W. SCOTT
United States Attorney

/s/ Kimberly Sanchez

By KIMBERLY SANCHEZ

Assistant United States Attorney

Dated:   August 9, 2007

/s/ Patience Milrod
PATIENCE MILROD
Attorney for RONALD JORDAN

**ORDER**

Having read and considered the stipulation by and between the plaintiff and the defendants, and good cause appearing therefor,

IT IS HEREBY ORDERED that defendants shall file and serve motions no later than August 24, 2007. Plaintiff shall file and serve opposition to defense motions no later than August 31, 2007.

IT IS FURTHER ORDERED that the motions hearing in this matter presently set for September 5, 2007 at 8:30 a.m. will remain on calendar, as will the trial date of September 18, 2007.

IT IS SO ORDERED.

**Dated:   August 9, 2007**          **/s/ Lawrence J. O'Neill**
                              UNITED STATES DISTRICT JUDGE