```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  KIMBERLY A. SANCHEZ
    Assistant U.S. Attorney
 3  4000 Federal Building
    2500 Tulare Street
 4  Fresno, California 93721
    Telephone:  (559) 497-4000
 5
 6
 7
 8              IN THE UNITED STATES DISTRICT COURT FOR THE
 9                    EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,     )   1:07-CR-00193
                                  )
12              Plaintiff,        )
                                  )
13       v.                       )   ORDER TO UNSEAL MOTION TO
                                  )   DISMISS
14  RONALD JORDAN,                )
                                  )
15              Defendant.        )
    _____)
16
```

The Motion to Dismiss in this case having been sealed by Order of this Court pursuant to Rule 6(e) of the Federal Rules of Criminal Procedure, and it appearing that it no longer need remain secret, it is hereby

ORDERED this 30th Day of August, 2007, that the Motion to Dismiss be unsealed and made public record.

IT IS SO ORDERED.

**Dated:   August 31, 2007**           /s/ Lawrence J. O'Neill
                                       UNITED STATES DISTRICT JUDGE